IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

IN RE: CASE ASSIGNMENTS ) MC 122-007

## ORDER

The Court **REASSIGNS** the U.S. Magistrate Judge for the cases listed in Exhibit A to Judge Brian K. Epps.

SO ORDERED this 10th day of March, 2022, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Exhibit "A"

| | |
|---|---|
| CV 619-060 | Pharms v. National Credit Systems, Inc. |
| CV 620-057 | Copeland v. Georgia Department of Corrections |
| CV 620-060 | United States of America v. Real Property located at 67 Big Creek Road, Midville, Georgia 30441 |
| CV 620-070 | United States of America v. $219,845.01 in U.S. Currency Box of Gaffs, One UPS Envelope Containing Silver Gaffs an one Roll String, Sony Laptop, Fighting Muffs, et al |
| CV 620-072 | Royal Neighbors of America v. Rozier, et al |
| CV 620-073 | Federal Trade Commission v. F&G International Group Holdings, L.L.C, et al |
| CV 620-089 | Collins v. BTS & Sons Associates, Inc., et al. |
| CV 620-116 | Gantt v. Walmart, Inc., et al. |
| CV 620-122 | Brannen v. McGlamery, et al. |
| CV 621-005 | United States of America v. Badger, et al. |
| CV 621-007 | Collins v. Tort Law Group, et al. |
| CV 621-008 | ALPS Property & Casualty Insurance Company v. Edenfield, et al. |
| CV 621-016 | Lee v. Medicredit, Inc. |
| CV 621-030 | Turner v. CMFG Life Insurance Company |
| CV 621-033 | Harrill v. Rosenbaum, et al. |
| CV 621-045 | Gocel v. East Georgia Regional Medical Center, LLC |
| CV 621-046 | Southeastern Carpenters & Millwrights Pension Trust Fund et al v. Carter, et al. |
| CV 621-048 | Mincey v. The Green Toad LLC, et al. |
| CV 621-052 | Wentworth v. Dollar General Corporation |
| CV 621-056 | Newsome v. Parnell & Parnell, PA, et al. |
| CV 621-057 | Thornton v. Trisura Specialty Insurance Company, et al. |
| CV 621-058 | King v. City of Vidalia, et al. |
| CV 621-060 | Transamerica Life Insurance Company v. Sizemore, et al. |

CV 621-063   L.C. et al. v. Allstate Vehicle and Property Insurance Company

CV 621-064   United States of America v. 317 Cordie Road, Swainsboro, Georgia 30401

CV 621-066   Ackerman v. Walmart, Inc., et al.

CV 621-068   Operations Management International, Inc. v. City of Swainsboro, Georgia

CV 621-070   Ivey et al. v. United States

CV 621-079   Thompson v. Hobby Lobby Stores, Inc., et al.

CV 621-081   Smith v. Lanier Collection Agency and Service, Inc.

CV 621-085   Smith v. LVNV Funding, LLC

CV 621-087   Castillo-Losolla v. Lasseter Tractor Company, Inc.

CV 621-088   Smith v. Collection Services of Athens, Inc.

CV 621-089   Myers v. Family Dollar Stores, Inc.

CV 621-091   Winn et al. v. Screven Gin Co., Inc. et al.

CV 622-007   Sun Life Assurance Company of Canada v. McMillan, et al.

CV 622-016   VFT, LLC v. Nutrien AG Solutions, Inc.

CV 622-017   Owners Insurance Company v. Holley, et al.

CV 622-018   The Independent Order of Foresters v. Rozier, et al.

CV 622-019   Washington v. Hire Dynamics